UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>BRANDON SCOTT TRAVER,<br><br>Defendant. | CASE NO.  CR05-5767RBL<br><br>ORDER GRANTING CONTINUANCE OF TRIAL DATE |

The defendant orally moved to continue the trial date.  The government has no objection. For the reasons orally stated, on the record,  the motion is GRANTED and  the  Trial Date is **CONTINUED to APRIL 17, 2006 at 9:00 a.m.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence.  Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **JANUARY 17, 2006 to APRIL 17, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

///
///
///

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **APRIL 17, 2006 at 9:00 a.m.**

The Pretrial Conference is rescheduled for **APRIL 12, 2006 at 9:00 a.m.**

The Motions Cutoff date is extended to **FEBRUARY 27, 2006.**

IT IS SO ORDERED this 11th day of January, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER -2